IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNY L. BROWN,                                :
AIS 110326,
                                                :
    Petitioner,
                                                :
vs.                                                     CA 12-0405-WS-C
                                                :
JIMMY PATRICK, et al.,
                                                :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 20, 2012, is **ADOPTED** as the opinion of this Court.

**DONE** this 9th day of July, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE