IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY L. BROWN,<br>AIS 110326, | : |
| | : |
| Petitioner, | |
| | : |
| vs. | CA 12-0405-WS-C |
| | : |
| JIMMY PATRICK, et al., | |
| | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be dismissed due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A). Brown is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 9th day of July, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

3